**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6563

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

REGGIE LAMAR KELLEY, a/k/a Lil Red,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:04-cr-00998-CMC-1)

Submitted:  October 13, 2021                    Decided:  January 11, 2022

Before GREGORY, Chief Judge, and WILKINSON and NIEMEYER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reggie Lamar Kelley, Appellant Pro Se.  Elliott Bishop Daniels, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reggie Lamar Kelley appeals the district court's orders denying his pro se 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release, as well as counsel's supplemental motion for relief under § 3582(c)(1)(A). After reviewing the record, we conclude that the district court did not abuse its discretion in denying Kelley's motions. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review for order denying compassionate release), *pet. for cert. filed*, No. 21-5624 (U.S. Sept. 8, 2021); *see also United States v. High*, 997 F.3d 181, 189 (4th Cir. 2021) (affirming district court order denying compassionate release where "[t]he court's rationale . . . was both rational and legitimate under [18 U.S.C. § 3553(a)]" and "the court sufficiently explained its denial to allow for meaningful appellate review" (internal quotation marks omitted)). We therefore affirm the district court's order. *United States v. Kelley*, No. 3:04-cr-00998-CMC-1 (D.S.C. filed Mar. 31, 2001 & entered Apr. 1, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2